# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK CONGESTION SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORP.,<br><br>Defendant. | Case No. 1:14-CV-00903 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims against Defendant United States Cellular Corp. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 1, 2016

| | |
|---|---|
| DEVLIN LAW FIRM LLC | RICHARDS, LAYTON & FINGER, P.A. |
| By: */s/ Timothy Devlin*<br>Timothy Devlin (#4241)<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE  19806<br>Phone:  (302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Plaintiff Network*<br>  *Congestion Solutions, LLC* | By: */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Katharine L. Mowery (#5629)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>Phone:  (302) 651-7700<br>fineman@rlf.com<br>mowery@rlf.com<br><br>*Attorneys for Defendant United States*<br>  *Cellular Corporation* |

SO ORDERED this _____ day of April, 2016.

_____
U.S. District Judge